UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **MAGISTRATE NO.** |
| ) | SA:22-MJ-00966 |
| **Homero Zamorano Jr.**  ) | |

## MOTION TO SEAL CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT, ARREST WARRANT, AND MOTION TO DETAIN

TO THE HONORABLE COURT:

The United States of America, by and through the United States Attorney for the Western District of Texas, files this its Motion to Seal Criminal Complaint, Supporting Affidavit, Arrest Warrant and Motion to Detain, and in support would show this Honorable Court:

I.

The disclosure of the above described Criminal Complaint, Supporting Affidavit, Arrest Warrant, and Motion to Detain prior to its service could seriously jeopardize the investigation, subject the agents to physical danger, and present the potential for destruction of evidence. The Government would request that the Clerk of the Court be ordered to seal these materials, except for two copies to be issued to the Affiant.

WHEREFORE, premises considered, the Government respectfully requests that the Clerk of the Court be ordered to seal the Criminal Complaint, Supporting Affidavit, Arrest Warrant, Motion to Detain and this Motion, until further ordered by the Court, except for two copies to be

issued to the Affiant.

                                        Respectfully submitted,

                                        ASHLEY C. HOFF
                                        United States Attorney

By:                /S/
                                        _____
                                        Amanda C. Brown
                                        Assistant United States Attorney
                                        Bar No. 24057776 (TX) 601
                                        N.W. Loop 410, Suite 600
                                        San Antonio, TX 78216
                                        Phone: (210) 384-7100
                                        Fax: (210) 384-7118
                                        Amanda.Brown@usdoj.gov