FILED
July 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     NM
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) HOMERO ZAMORANO JR<br>(2) CHRISTIAN MARTINEZ<br><br>Defendant | Case No: SA:22-CR-00366-OLG<br><br>**INDICTMENT**<br><br>**COUNT 1:** 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I) & (a)(1)(B)(iv): Conspiracy to Transport Illegal Aliens Resulting in Death<br>**COUNT 2:** 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I) & (a)(1)(B)(iii): Conspiracy to Transport Aliens Resulting in Serious Bodily Injury and Placing Lives in Jeopardy<br>**COUNT 3:** 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II) & (a)(1)(B)(iv): Transportation of Illegal Aliens Resulting in Death<br>**COUNT 4:** 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II) & (a)(1)(B)(iii): Transportation of Illegal Aliens Resulting in Serious Bodily Injury and Placing Lives in Jeopardy |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I) & (a)(1)(B)(iv)]**

Beginning on or about March 1, 2022, and continuing through on or about June 28, 2022, in the Western District of Texas, Southern District of Texas, and elsewhere, Defendants,

(1) HOMERO ZAMORANO JR
(2) CHRISTIAN MARTINEZ

and others, knowing and in reckless disregard of the fact that aliens came to, entered, and remained

1

in the United States in violation of law, did knowingly and intentionally combine, conspire, confederate and agree with each other, to transport, move, and attempt to transport and move, said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and the offense resulted in the death of one or more persons, namely: 50 adults and three minor children, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(1)(B)(iv).

## COUNT TWO
**[8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I) & (a)(1)(B)(iii)]**

Beginning on or about March 1, 2022, and continuing through on or about June 28, 2022, in the Western District of Texas, Southern District of Texas, and elsewhere, Defendants,

**(1) HOMERO ZAMORANO JR**
**(2) CHRISTIAN MARTINEZ**

and others, knowing and in reckless disregard of the fact that aliens came to, entered, and remained in the United States in violation of law, did knowingly and intentionally combine, conspire, confederate and agree with each other, to transport, move, and attempt to transport and move, said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and the offense resulted in the serious bodily injury to or placed in jeopardy the life of one or more persons, namely: ten adults and one minor child, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(1)(B)(iii).

## COUNT THREE
**[8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II) & (a)(1)(B)(iv)]**

Beginning on or about June 26, 2022, and continuing through on or about June 28, 2022, in the Western District of Texas, Southern District of Texas, and elsewhere, Defendants,

**(1) HOMERO ZAMORANO JR**
**(2) CHRISTIAN MARTINEZ**

and others, aided and abetted by each other, knowing and in reckless disregard of the fact that aliens came to, entered, and remained in the United States in violation of law, did knowingly and intentionally transport, move, and attempt to transport and move, said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and the offense resulted in the death of one or more persons, namely: 50 adults and three minor children, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II), and (a)(1)(B)(iv).

## COUNT FOUR
## [8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II) & (a)(1)(B)(iii)]

Beginning on or about June 26, 2022, and continuing through on or about June 28, 2022, in the Western District of Texas, Southern District of Texas, and elsewhere, Defendants,

**(1) HOMERO ZAMORANO JR**
**(2) CHRISTIAN MARTINEZ**

and others, aided and abetted by each other, knowing and in reckless disregard of the fact that aliens came to, entered, and remained in the United States in violation of law, did knowingly and intentionally transport, move, and attempt to transport and move, said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and the offense resulted in the serious bodily injury to or placed in jeopardy the life of one or more persons, namely: ten adults and one minor child, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II), and (a)(1)(B)(iii).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* FED. R. CRIM. P. 32.2]

### I.
### Immigration Violations and Forfeiture Statute
[Title 8 U.S.C. §§ 132(a)(1)(A)/(ii)/(v)(I)/(v)(II) & (B)(i)/(iii)/(iv)
subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(6)(A)]

As a result of the foregoing criminal violations set forth in Counts One to Four, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 982(a)(6)(A) which states the following:

**Title 18 U.S.C. § 982 Criminal forfeiture**
**(a)(6)(A)** The court, in imposing sentence on a person convicted of a violation of, or conspiracy to violate, section 274(a) . . . of the Immigration and Nationality Act . . . shall order that the person forfeit to the United States, regardless of any provision of State law—
  **(i)** any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted; and
  **(ii)** any property real or personal—
    **(I)** that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or
    **(II)** that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
For SARAH SPEARS
Assistant United States Attorney

_____
For AMANDA BROWN
Assistant United States Attorney

4