**FILED**
August 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No: SA-22-CR-00366-OLG |
| ) | |
| **(1) HOMERO ZAMORANO JR** ) | |
| **(2) CHRISTIAN MARTINEZ** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

**PROTECTIVE ORDER**

On this date came on to be considered the Motion Seeking a Protective Order Pursuant to F.R.Cr.P. 16(d)(1), in the above entitled and numbered cause and the Court having considered the same finds that the United States has shown "good cause" for the issuance of the proposed Protective Order. Accordingly, the Court **GRANTS** the United States' motion and enters the following order:

IT IS ORDERED that given the sensitive nature of the discovery material, the dissemination of any discovery materials provided, to any person, other than the Attorneys of Record for the Defendants, in this case is prohibited. For purposes of this order, Attorneys of Record include any defense investigator and/or support staff working at the direction of the Attorney of Record; such persons are likewise bound by the restraints of this order.

IT IS FURTHER ORDERED that no Attorney of Record in the above-captioned cause shall release any discovery to any person, including but not limited to the Defendants' family members, or Defendants' associates. In the event any written or electronic discovery is provided to the defense, attorneys may **show** discovery to their client(s), and may **discuss** the information

with their client(s); however, attorneys may **not reproduce or disseminate** any discovery, or copies of discovery to anyone, including the client.

IT IS FURTHER ORDERED that if any Attorney of Record is substituted in this cause, all discovery materials, including copies thereof, shall immediately be returned to counsel of record for the United States, who will be obligated to provide a copy of the discovery materials to new counsel upon new counsel acknowledging his or her obligations under this Order.

FINALLY, IT IS ORDERED that a copy of this Order shall be furnished to counsel of record in this case and any successive counsel of record who enter an appearance after the date of this Order.

SIGNED AND ENTERED this ___10th___ day of __August__, 2022.

_____
ORLANDO GARCIA
CHIEF UNITED STATES DISTRICT JUDGE