# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. SA-22-CR-00366-OLG |
| | ) |
| HOMERO ZAMORANO JR., (1), | ) |
| CHRISTAN MARTINEZ (2), | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Ray A. Gattinella is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Ray A. Gattinella be added to the docket in the instant cause.

    Respectfully submitted,

    ASHLEY C. HOFF
    UNITED STATES ATTORNEY

By:   /s/
    RAY A. GATTINELLA
    Assistant United States Attorney
    Asset Forfeiture Section
    601 NW Loop 410, Suite 600
    San Antonio, Texas 78216
    Tel: 210-384-7040
    Fax: 210-384-7045
    Texas Bar No. 00798202
    Email: Ray.Gattinella@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

**Jose I. Gonzalez-Falla**
Federal Public Defender
Lavaca Plaza
504 Lavaca St., Ste 960
Austin, TX 78701
Email: jose_gonzalez-falla@fd.org

**Mark Stevens**
Attorney at Law
310 S. St. Mary's St., # 1920
San Antonio, TX 78205-3192
Email: mark@markstevenslaw.com

**Judy Fulmer Madewell**
Federal Public Defender's Office
727 East Durango Blvd.
Suite B-207
San Antonio, TX 78206
Email: judy_madewell@fd.org
*Attorneys for Defendant Homero Zamorano Jr. (1)*

**David M. Shearer**
LaHood Norton Law Group (Of Counsel)
40 Ne Loop 410, Suite 525
San Antonio, TX 78216
Email: david@lahoodnorton.com

**Michael Clark Gross**
Gross & Esparza, P.L.L.C.
1524 N. Alamo St.
San Antonio, TX 78215
Email: lawofcmg@gmail.com
*Attorneys for Defendant Christian Martinez (2)*

/s/
RAY A. GATTINELLA
Assistant United States Attorney