UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOMERO ZAMORANO et. al.<br><br>Defendants. | )<br>)<br>)<br>)    SA-22-CR-0366-OLG<br>)<br>)<br>)<br>)<br>) |

## ORDER

On this day came on to be heard the Government's Motion to Unseal Indictment, and is of the opinion that said Motion should be Granted.

It is therefore ORDERED that the superseding indictment shall be unsealed as to all defendants except Defendant 5, who shall remain sealed.

SIGNED and ENTERED this 27th of June, 2023.

_____
RICHARD B. FARRER
U.S. MAGISTRATE JUDGE