UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | No.:  SA:22-CR-00366(1)-OLG |
| | § | |
| (1) HOMERO ZAMORANO JR. | § | |
| *Defendant* | § | |

### ORDER SETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for

**02:00 PM, in Courtroom A**, **on the 2nd Floor of the United States Federal Courthouse, 262**

**W. Nueva Street, San Antonio, TX** on **Monday, March 11, 2024.**


**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order

to Defendant, counsel for Defendant, the United States Attorney, U.S. Pretrial Services, and the

United States Probation Office.  Further, counsel for Defendant shall notify the defendant of this

setting.  If the defendant is on bond, Defendant shall be present for the hearing.


**IT IS SO ORDERED** this **1st day of March, 2024.**

_____

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**


MOTION FOR HEARING (DOC #215)