5/2011 Order Accepting Waiver of Personal Apperance at Arraignment (same as global form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   NO:  SA:22-CR-00366(1)-OLG |
| | § |
| (1) Homero Zamorano Jr. | § |

**ORDER ACCEPTING WAIVER OF
PERSONAL APPEARANCE AT ARRAIGNMENT**

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **16th day of May, 2024.**

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE