UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v<br><br>**(1) HOMERO ZAMORANO JR.,**<br>**(4) FELIPE ORDUNA-TORRES,**<br>**(7) ARMANDO GONZALES-ORTEGA,**<br><br>**Defendants** | 5:22:CR-00366-OLG |

## ORDER

Having considered the merits of the Government's motion for a pre-trial order regarding transcripts and their corresponding English-to-Spanish translations, the Court hereby GRANTS the motion.

Consistent with the October 21, 2024 trial date, **IT IS THEREFORE ORDERED** that:

1. The Government provide the Defense with the transcripts and Spanish-to-English translations of all the proposed messages it now intends to offer in its case-in-chief within one business day of the date of this Order.[4]

2. The Defense will notify the Government of any objections to the admissibility or the accuracy of those transcripts or translations by close of business **Wednesday, July 31, 2024**, including any objections that any of the proposed excerpts necessitate further transcript inclusion.

---

[4] The Government represents that it provided these transcripts/translations to counsel for Defendant Zamorano on June 7, 2024 after being notified that same day that he was unopposed to this scheduling order.

3.      The Government is not limited in its presentation of the evidence by this deadline. But should the Government later decide to offer any additional communications, it will present those to the Defense <u>no later than</u> the date the Government's exhibit list is due to the Court,[5] with the Defense then making any objections pursuant to the Court's same scheduling order regarding exhibits.

**IT IS SO ORDERED.**

**SIGNED AND ENTERED** this 20th day of June, 2024.

~~ORLANDO GARCIA~~ RICHARD B. FARRER
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

---

[5] This date is currently October 10, 2024.