**FILED**
March 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. SA-22-CR-366-OLG |
| § | |
| (1) HOMERO ZAMORANO, JR. § | |

## ORDER FOR ADDITIONAL BRIEFING

Upon review of the PSR and Defendant's objections thereto—and in accordance with its instructions to counsel during the bench conference on February 18, 2026 (*see* Dkt. No. 524)—the Court will require the parties to submit additional briefing, containing citations to authority, concerning the following:

1. Whether the recommended 2-point increase based on the use of a special skill under § 3B1.3 is appropriate here;

2. Whether the applicable homicide guideline to cross-reference under § 2L1.1(c)(1) is for second-degree murder (§ 2A1.2) or involuntary manslaughter (§ 2A1.4); and what the resulting total offense level would be under the latter; **and**

3. Whether and under what circumstances the Court may grant the additional 1-point reduction for acceptance of responsibility under § 3E1.1(b), absent a motion from the Government.

The Government's brief is due on or before **Wednesday, April 8, 2026**. Defendant's response is due on or before **Wednesday, April 22, 2026**. The Government may submit a reply on or before **Thursday, April 30, 2026**.

It is so **ORDERED**.

**SIGNED** on March \_\_10\_\_, 2026.

ORLANDO L. GARCIA
United States District Judge