UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CAUSE NO. 5:22-cr-00366-OLG |
| HOMERO ZAMORANO, JR. | § § | |

**DEFENDANT'S ADVISORY REGARDING AVAILABILITY FOR SENTENCING**

TO THE HONORABLE ORLANDO L. GARCIA, UNITED STATES DISTRICT JUDGE:

Defendant Homero Zamorano, Jr., hereby files this advisory to notify the Court of counsel's unavailability for sentencing during the week of May 18, 2026.

I.

This matter is awaiting a sentencing date.  The Court continued the sentencing hearing at its last setting because defense expert, Dr. Robert Ouaou, was unable to provide testimony in person and his attempts to testify via Zoom were unsuccessful due to technical difficulties. Counsel has already provided the Court and the government with proposed dates for sentencing where Dr. Ouaou will be available to testify.

II.

Lead Defense Attorney Jose I. Gonzalez-Falla is set for trial during the week of May 18, 2026, in *United States v. James Wesley Burger*, No. 1:25-cr-00332-ADA-SH-1 (WDTX). This trial will not likely be continued and is expected to take no more than a week.   Dr. Ouaou will also not be available to testify the week of May 18, 2026.

III.

Accordingly, Zamorano asks the Court not to set his sentencing hearing during the week of May 18, 2026.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ JOSE I. GONZALEZ-FALLA
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025 / (512) 916-5035 (FAX)
Bar Number: Texas 08135700

/s/ MARK STEVENS
Attorney at Law
310 S. St. Mary's St., # 1920
San Antonio, TX 78205-3192
(210) 226-1433
Texas State Bar Number: 19184200

/s/ ALEX R. ALMANZAN
Federal Public Defender, TXW
300 Convent Street, Suite 2300
San Antonio, TX 78205
210-472-6700
Texas State Bar Number: 24049446

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on 3/24/26 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of same to the AUSAs of record:

/s/ JOSE I. GONZALEZ-FALLA

/s/ MARK STEVENS

/s/ ALEX R. ALMANZAN

*Attorneys for Defendant*

3

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CAUSE NO. 5:22-cr-00366-OLG |
| | § | |
| | § | |
| HOMERO ZAMORANO, JR. | § | |

**ORDER**

The sentencing in this matter is hereby reset to _____.

SO ORDERED on this the _____ day of _____, 2026.

_____

ORLANDO L. GARCIA
United States District Judge